# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** | 23-_____ |
| v. | : | **DATE FILED:** | **April 12, 2023** |
| **JOSEPH MICHAEL MOZELESKY** | : | **VIOLATIONS:**<br>26 U.S.C. § 7201 (tax evasion - 2 counts) | |
| | : | 26 U.S.C. § 7203 (failure to file tax return - 2 counts) | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. During the calendar year 2016, defendant JOSEPH MICHAEL MOZELESKY received taxable income upon which there was substantial income tax due and owing to the United States of America.

2. From on or about January 1, 2016, through on or about April 12, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

**JOSEPH MICHAEL MOZELESKY,**

a resident of Sellersville, Pennsylvania, willfully attempted to evade and defeat an income tax due and owing by him to the United States of America for the calendar year 2016 by failing to make an income tax return on or about April 18, 2017, as required by law, to any proper officer of the Internal Revenue Service (IRS), and by failing to pay to the IRS this income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income through various means, including, among other things:

    (1) by causing his employer, whose name is known to the grand jury and referred to herein as Company A, to make payments to a third-party payment processor, that were ultimately deposited in his personal bank account for his personal use; and

    (2) by making false and deceptive statements to the IRS regarding his payment arrangement with Company A.

    In violation of Title 26, United States Code, Section 7201.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. During the calendar year 2017, defendant JOSEPH MICHAEL MOZELESKY received taxable income, upon which there was substantial income tax due and owing to the United States of America.

2. From on or about January 1, 2017, through on or about April 12, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

**JOSEPH MICHAEL MOZELESKY,**

a resident of Sellersville, Pennsylvania, willfully attempted to evade and defeat an income tax due and owing by him to the United States of America for the calendar year 2017 by failing to make an income tax return on or about April 17, 2018, as required by law, to any proper officer of the Internal Revenue Service (IRS), and by failing to pay to the IRS this income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income through various means, including, among other things:

(1) by causing his employer, whose name is known to the grand jury and referred to herein as Company A, to a third-party payment processor, that were ultimately deposited in his personal bank account for his personal use; and

(2) by making false and deceptive statements to the IRS regarding his payment arrangement with Company A.

In violation of Title 26, United States Code, Section 7201.

## COUNTS THREE AND FOUR

THE GRAND JURY FURTHER CHARGES THAT:

During the calendar years set forth below, in the Eastern District of Pennsylvania and elsewhere, defendant

**JOSEPH MICHAEL MOZELESKY,**

a resident of Sellersville, Pennsylvania, had and received gross income in excess of the minimum filing requirements, as set forth below. By reason of such gross income, he was required by law, following the close of each calendar year and on or before the due dates listed below, to make an income tax return to the Internal Revenue Service (IRS). Knowing and believing the foregoing, he willfully failed, on or about the dates specified below, to make an income tax return.

| Count | Calendar Year | Gross Income Filing Requirement | Tax Return Due Date |
|---|---|---|---|
| 3 | 2016 | $10,350 | April 18, 2017 |
| 4 | 2017 | $10,400 | April 17, 2018 |

All in violation of Title 26, United States Code, Section 7203.

A TRUE BILL:

███████████████

*Jacqueline C. Romero* (signature)
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No._____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## JOSEPH MICHAEL MOZELESKY

### INDICTMENT

Counts
26 U.S.C. § 7201 (tax evasion – 2 counts);
26 U.S.C. § 7203 (failure to file tax return – 2 counts)

A true bill.

████████████████████████

Filed in open court this _____ day,
Of _____ A.D. 20_____

Clerk

Bail, $_____